1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PATRICIA A. FRANTOM,

        Plaintiff,

     v.

CEDRIC G. WHITE, et al.,

        Defendants.

Case No. CV 14-1998 PSG (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

       Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: __10/31/14_____          _____
                              HON. PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE

2