# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. FRANTOM, | Case No. CV 14-1998 PSG MRW |
| Plaintiff, | |
| v. | JUDGMENT |
| CEDRIC G. WHITE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: __10/31/14_____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE